UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>AGILON HEALTH, INC., STEVEN J. SELL, TIMOTHY S. BENSLEY, GLENN SOBOTKA, MICHELLE A. GOURDINE, MICHAEL L. SMITH, RONALD A. WILLIAMS, SHARAD MANSUKANI, CLAY RICHARDS, RAVI SACHDEV, RICHARD J. SCHNALL, DEREK L. STRUM, WILLIAM WULF, CLAYTON, DUBILIER & RICE, LLC, GOLDMAN SACHS & CO. LLC, J.P. MORGAN SECURITIES LLC, and BofA SECURITIES, INC.,<br><br>Defendants. | Civil Action No. 1:24-cv-02506-VSB-BCM<br><br><u>CLASS ACTION</u><br><br>STIPULATION AND ORDER REGARDING SERVICE OF COMPLAINT AND TRANSFER TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS |

WHEREAS, on April 2, 2024, Plaintiff Indiana Public Retirement System ("Plaintiff") filed a putative class action complaint asserting claims pursuant to Sections 11 and 15 of the Securities Act of 1933, 15 U.S.C. §§77k, 77o; Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, 15 U.S.C. §§78j(b), 78t(a); and Rule 10b-5 promulgated by the U.S. Securities and Exchange Commission, (ECF No. 1, the "Complaint");

WHEREAS, two related putative class action complaints have been filed in the United States District Court for the Western District of Texas under the captions *New England Teamsters Pension Fund v. agilon health, inc.*, No. 1:24-cv-00297 (W.D. Tex.) and *Hope v. agilon health, inc.*, No. 1:24-cv-00305 (W.D. Tex.) which assert overlapping claims under the federal securities laws (collectively, the "Texas Actions");

WHEREAS, the above-captioned action and the Texas Actions share common questions of law and fact and the Parties agree that such actions should be consolidated pursuant to Federal Rule of Civil Procedure 42(a);

WHEREAS, the claims asserted in this action and the Texas Actions are governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. §§77z-1 *et seq.* and 15 U.S.C. §§78u-4 *et seq.*, which provides a procedure for the appointment by the Court of lead plaintiff(s) and lead counsel to represent the putative class;

WHEREAS, agilon health, inc.; Clayton, Dubilier & Rice, LLC; J.P. Morgan Securities LLC; Goldman Sachs & Co. LLC; BofA Securities, Inc.; Steven J. Sell; Timothy S. Bensley; Glenn Sobotka; Ronald A. Williams; Ravi Sachdev; Richard J. Schnall; and Derek L. Strum (collectively, the "Previously Served Defendants") have been served with the Summons and Complaint (ECF No. 16);



4867-5022-7131.v1

WHEREAS, the remaining defendants Sharad Mansukani, Clay Richards, Michelle A. Gourdine, Michael L. Smith and William Wulf (collectively, the "Remaining Defendants," and together with the Previously Served Defendants, "Defendants") have agreed to accept service of the Summons and Complaint by and through their undersigned counsel;

WHEREAS, on April 25, 2024, the Court so-ordered a stipulation entered into by Plaintiff and the Previously Served Defendants extending the time by which the Previously Served Defendants must respond to the operative pleadings in this case (ECF No. 16);

WHEREAS, the PSLRA requires that any motion to consolidate cases asserting substantially the same claims under the federal securities laws must be decided prior to the resolution of motions for lead plaintiff (15 U.S.C. §77z-1(a)(3)(B)(ii)); 15 U.S.C. §78u-4(a)(3)(B)(ii));

WHEREAS, in order for the cases to be consolidated either the Texas Actions must be transferred to this District or the above-captioned action must be transferred to the United States District Court for the Western District of Texas;

WHEREAS, no parties in the Texas Actions have sought to transfer the Texas Actions to this District, Plaintiff believes that the most efficient path for litigating this matter and conserving judicial and party resources is to transfer the above-captioned action to the United States District Court for the Western District of Texas pursuant to 28 U.S. Code §1404 so that the parties may move to consolidate the above-captioned action with the Texas Actions; and

WHEREAS, Defendants take no position regarding the request by Plaintiff to transfer this matter to the United States District Court for the Western District of Texas under 28 U.S. Code §1404;

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for Plaintiff and the attorneys for Defendants as follows, subject to the approval of the Court:

Case 1:24-cv-02506-VSB Document 18 Filed 05/15/24 Page 4 of 7

1. Undersigned counsel for the Remaining Defendants are authorized to and hereby do accept service of the Summons and Complaint in the above-captioned action on behalf of the Remaining Defendants without prejudice and without waiver of any defenses, objections, or arguments in this matter or any other matter, including, without limitation, any arguments regarding personal jurisdiction or venue, except as to the sufficiency of summons or of service.

2. The Remaining Defendants shall not be required to answer or otherwise respond to the Complaint, and each hereby is expressly relieved from answering or otherwise responding to the Complaint, except as provided for herein at paragraph 3.

3. Within fourteen (14) days of the entry of an order appointing lead plaintiff(s) and lead counsel in the above-captioned action (or a consolidated action encompassing the above-captioned action) pursuant to the PSLRA, Defendants and the lead plaintiff(s) shall confer regarding a schedule for the filing of a consolidated or amended complaint and a briefing schedule for any anticipated motions to dismiss and submit a joint proposal for the Court's consideration.

4. There have been no requests for an extension of time previously made in this matter on behalf of the Remaining Defendants.

5. Plaintiff's unopposed request to transfer the above-captioned action to the United States District Court for the Western District of Texas pursuant to 28 U.S. Code §1404 is hereby granted.

DATED: May 16, 2024

Respectfully submitted,

ROBBINS GELLER RUDMAN
& DOWD LLP
BRIAN E. COCHRAN

*s/ Brian E. Cochran*
BRIAN E. COCHRAN

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
bcochran@rgrdlaw.com

ROBBINS GELLER RUDMAN
& DOWD LLP
SAMUEL H. RUDMAN
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com

Attorneys for Plaintiff
Indiana Public Retirement System

DATED: May 16, 2024

SIDLEY AUSTIN LLP
ALEX J. KAPLAN

*s/ Alex J. Kaplan (with permission)*
ALEX J. KAPLAN

787 Seventh Avenue
New York, NY 10019
Telephone: 212/839-5300
(212) 839-5599 (fax)
ajkaplan@sidley.com

Case 1:24-cv-02556-VSB Document 18 Filed 05/16/24 Page 6 of 7

SIDNEY AUSTIN LLP
YOLANDA C. GARCIA (*pro hac vice* forthcoming)
MASON PARHAM (*pro hac vice* forthcoming)
BARRET V. ARMBRUSTER (*pro hac vice* forthcoming)
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201
Telephone: 214/981-3300
214/981-3400 (fax)
ygarcia@sidley.com
mparham@sidley.com
barmbruster@sidley.com

Attorneys for Defendants agilon health, inc., Steven J. Sell, Timothy S. Bensley, Glenn Sobotka, Sharad Mansukani, Michelle A. Gourdine, Michael L. Smith, Ronald A. Williams, and William Wulf

DATED: May 16, 2024

DEBEVOISE & PLIMPTON LLP
MAEVE L. O'CONNOR
ELLIOT GREENFIELD

*s/ Elliot Greenfield (with permission)*
ELLIOT GREENFIELD

66 Hudson Blvd.
New York, NY 10001
Telephone: 212/909-6000
mloconnor@debevoise.com
egreenfield@debevoise.com

Attorneys for Defendants Clayton, Dubilier & Rice, LLC, Clay Richards, Ravi Sachdev, Richard J. Schnall, and Derek L. Strum

DATED: May 16, 2024

ALLEN OVERY SHEARMAN STERLING US LLP
DANIEL C. LEWIS

*s/ Daniel C. Lewis (with permission)*
DANIEL C. LEWIS

599 Lexington Avenue
New York, NY 10022
Telephone: 212/848-4000
212/848-7179 (fax)
daniel.lewis@aoshearman.com

R. THADDEUS BEHRENS (admitted *pro hac vice*)
DANIEL H. GOLD (admitted *pro hac vice*)
The Link at Uptown
2601 Olive Street, 17th Floor
Dallas, TX 75201
Telephone: 214/271-5777
thad.behrens@aoshearman.com
dan.gold@aoshearman.com

Attorneys for Defendants J.P. Morgan Securities LLC; Goldman Sachs & Co. LLC; BofA Securities, Inc.

IT IS SO ORDERED.

DATED: May 20, 2024

THE HONORABLE VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE



4867-5022-7131.v1